UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -versus-

ANTOINE STEWART,

        Defendant.

02 Cr. 1435 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of Mr. Stewart's letter dated May 13, 2020 requesting appointment of counsel. (Dkt. no. 401.) The CJA attorney on duty today shall be appointed to investigate whether Mr. Stewart is eligible for relief under the First Step Act.

**SO ORDERED.**

Dated:   May 28, 2020
       New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.