UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -versus-

ANTOINE STEWART,

    Defendant.

02-CR-1435 (LAP)

ORDER

---

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    Jean D. Barrett is hereby ordered to assume representation of the defendant in the above captioned matter in her capacity as a C.J.A. attorney.

**SO ORDERED.**

Dated: August 25, 2020
      New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.