UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-versus-

ANTOINE STEWART,

Defendant.

---

No. 02-CR-1435 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

John M. Burke is hereby appointed to assume representation of the defendant in the above captioned matter in his capacity as a C.J.A. attorney.

**SO ORDERED.**

Dated:   August 27, 2020
         New York, New York

_____
LORETTA A. PRESKA, U.S.D.J