UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    -against-

ANTOINE STEWART,

        Defendant.

No. 02-CR-1435 (LAP)

ORDER

---

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The Government shall respond to Mr. Stewart's motion [dkt. no. 413] within thirty days.  Any reply shall be filed two weeks thereafter.

**SO ORDERED.**

Dated:  October 30, 2020
       New York, New York

_____
LORETTA A. PRESKA, U.S.D.J.