## JOHN M. BURKE

Attorney at Law

26 Court Street  -  Suite 2805
Brooklyn, New York   11242
Tel: (718) 875-3707
Fax: (718) 875-0053

January 13, 2021

Honorable Loretta Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

Re.:   U.S. v. Antoine Stewart   02 CR 1435  (LAP)

Dear Judge Preska:

I am requesting that the reply date for Mr. Stewart's First Step Act Motion, currently due on  January 14, 2021 be extended for 30 days.  I am requesting this time in order to confer with my client who is currently in custody in Pennsylvania. His family has conferred with the Government and they have no objection to this request. Thank you for your time and consideration in this matter.

The extension requested above is approved.

**SO ORDERED.**

Dated:    January 14, 2021
            New York, New York

LORETTA A. PRESKA, U.S.D.J.

Sincerely,

s/
JOHN BURKE
Attorney for Antoine Stewart