# JOHN M. BURKE

Attorney at Law

26 Court Street - Suite 2805
Brooklyn, New York   11242
Tel: (718) 875-3707
Fax: (718) 875-0053
January 14, 2021

Honorable Loretta Preska
United States District Court
Southern District of New York
500 Pearl Street
New, New York 1007

Re: U.S. v. Antoine Stewart
02-Cr. 1435 (LAP)

Dear Judge Preska:

I would like to apologize for the typographical error contained in my letter of January 13, 2021. The letter erroneously states that my clients family spoke with the Government.

I am requesting that the reply date for Mr. Stewart's First Step Act Motion, currently due on January 14, 2021 be extended for 30 days. I am requesting this time in order to confer with my client who is currently in custody in Pennsylvania. I have conferred with the Government and they have no objection to this request. Thank you for your time and consideration in this matter.

Sincerely,

s/

JOHN BURKE

```
The extension requested above is approved.

SO ORDERED.

Dated:    January 14, 2021
          New York, New York
```

*[signature: Loretta A. Preska]*
LORETTA A. PRESKA, U.S.D.J.