UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>ANTOINE STEWART,<br><br>                    Defendant. | No. 02-CR-1435 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Stewart's motions dated November 28, 2022, and May 10, 2023. (See dkt. nos. 432-33.) The Government shall respond to Mr. Stewart's motions no later than September 28, 2023. Mr. Stewart shall file his reply, if any, no later than November 9, 2023.

    The Clerk of the Court shall mail a copy of this order to Mr. Stewart.

**SO ORDERED.**

Dated:    August 3, 2023
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1