UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    -against-

ANTOINE STEWART,

                         Defendant.

02 Cr. 1435 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

      In his letter dated September 28, (dkt no. 436), Mr.
Stewart states that he has not received the Government's
response to his motion, which response was due on September 28.
The Government's response, dated September 28, (dkt. no. 435),
shows a copy sent to Mr. Stewart by certified mail. (Id. at 9.)

      If Mr. Stewart has not yet received the Government's
response, he shall notify the Government.

      To avoid further confusion, Mr. Stewart is informed that a
document is timely filed if it is filed with the Court on the
due date. Thus, it might take a few extra days for the document
to reach another party by mail.

1

        The Clerk of the Court shall mail a copy of this order to

Mr. Stewart.

SO ORDERED.

Dated:    New York, New York
          October 11, 2023

                                    _____
                                    LORETTA A. PRESKA
                                    Senior United States District Judge